IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 14–cv–01824–KMT

TIMOTHY KING,

    Plaintiff,

v.

PLAZA RECOVERY, INC., d/b/a ACB RECOVERY,

    Defendant.

## MINUTE ORDER
**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before the court on Plaintiff's "Motion to Set Aside the Entry of Default and to Dismiss the Case with Prejudice." (Doc. No. 17, filed Nov. 26, 2014.)

Plaintiff's Motion is GRANTED to the extent it seeks to set aside the entry of default against Defendant. The Clerk's Entry of Default (Doc. No. 11) is VACATED.

Plaintiff's Motion is TAKEN UNDER ADVISEMENT to the extent it seeks a court order dismissing this action with prejudice. Because the parties have not yet consented to the exercise of jurisdiction by a Magistrate Judge, the court lacks authority to enter a dispositive order under Federal Rule of Civil Procedure 41(a)(2). The parties shall file the Pilot Program Consent Form (*see* Doc. No. 7) indicating either unanimous consent of the parties or that consent has been declined, on or before December 16, 2014.

Dated: December 2, 2014