IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 14-cv-1824-WJM-KMT

TIMOTHY KING,

    Plaintiff,

v.

PLAZA RECOVERY, INC., d/b/a ACB RECOVERY,

    Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO DISMISS

This matter comes before the Court on the Plaintiff's Unopposed Motion to Set Aside the Entry of Default and to Dismiss the Case With Prejudice ("Motion"), filed November 26, 2014. (ECF No. 17.) For the reasons stated below the Court GRANTS Plaintiff's unopposed request for dismissal.

Plaintiff commenced this action on July 1, 2014, and pursuant to random assignment, this case was assigned to United States Magistrate Judge Kathleen M. Tafoya as part of this Court's pilot project for direct assignment of civil cases to full-time Magistrate Judges. (ECF No. 6). On September 12, 2014, Plaintiff filed a Notice of Settlement. (ECF No. 13.) As a result, Plaintiff was directed to file a notice of voluntary dismissal of this action no later than November 28, 2014. (ECF Nos. 14 & 16.) On November 26, 2014, Plaintiff filed the instant Motion seeking to set aside the entry of default against the Defendant and to dismiss the case with prejudice. (ECF No. 17). Magistrate Judge Tafoya, by Minute Order dated December 2, 2014, granted that portion of Plaintiff's Motion seeking to vacate the entry of default, and took under

advisement Plaintiff's request for dismissal. (ECF No. 18). Magistrate Judge Tafoya directed the parties to file on or before December 16, 2014 the Pilot Program Consent form indicating either unanimous consent of the parties or that consent has been declined. (*Id.*)  Consent was not achieved, and this case was reassigned to the undersigned.  (ECF No. 21).

Pursuant to Federal Rule of Civil Procedure 41(a), the Court hereby GRANTS the remaining portion of Plaintiff's Motion (ECF No. 17) seeking dismissal of this action. The above-captioned action is hereby DISMISSED WITH PREJUDICE. Each party shall bear his or its own attorney's fees and costs.

Dated this 9th day of December, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge